ESTATE OF GILLMANN: GILLMANN and others, Appellants, vs. FAWKES and others, Respondents.

APPEAL from a judgment of the county court of Dane county dated November 18, 1927: GEORGE KRONCKE, Judge.

Will contest. Finding and judgment for proponent. Contestant appeals.

For the appellants: *Arthur W. Coppin* of Chicago, attorney, and *Bagley, Spohn & Ross* of Madison, of counsel.

For the respondents: *Mason, Priestley & Hopkins* of Madison.

*By the Court.*—Judgment affirmed.

STEVENS, J., took no part.


KULKEE, Respondent, vs. UECKER, Appellant.

APPEAL from a judgment of the circuit court for Dodge county dated August 22, 1927: C. M. DAVISON, Judge.

Malicious prosecution. Verdict and judgment for plaintiff, from which defendant appeals.

For the appellant: *Clark & Lueck* of Beaver Dam.

For the respondent: *George A. Hartman* and *Eugene E. Clifford,* both of Juneau.

*By the Court.*—Judgment affirmed.


ERB, Appellant, vs. ERB, imp., Respondent.

APPEAL from a judgment of the circuit court for Milwaukee county dated July 18, 1927: OSCAR M. FRITZ, Judge.

Life insurance. Judgment for defendant, from which plaintiff appeals.

For the appellant: *Walter Schinz, Jr.,* of Milwaukee.

For the respondent *Charlotte M. Erb: Quarles, Spence & Quarles,* attorneys, and *Howard T. Foulkes,* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.